UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT
KNOXVILLE

**To:** Tony Dalton

**Case No.:** 3:17-CV-139

| **General** |  |
|---|---|
| No payment submitted. |  |
| Amount due: |  |
| Attorney not registered for CM/ECF |  |
|  |  |
| **Complaints** |  |
| Cover sheet not included |  |
| Summons not completed or filled out improperly |  |
| Incorrect party name added |  |
| Incorrect party role |  |
| Incomplete name |  |
| Name in all caps |  |
| Address information should not have been entered |  |
| Incorrect cause of action chosen |  |
| Incorrect nature of suit chosen |  |
| Wrong division chosen |  |
| **Other filings -- Doc. No.:** |  |
| Filed in wrong case |  |
| Wrong event used |  |
| s/signature missing |  |
| Original signature not in compliance with ECF Rule 6 |  |
| Multi-part motion not selected |  |
| Attachment should be filed separately |  |
| Blank pages |  |
| Page orientation wrong |  |
| Discovery documents improperly filed (See FRCP 5(d)) |  |
| Proposed agreed order: joint motion required (See ECF Rule 4.8) |  |
| Copyright/Patent form not filed (See LR 3.1.1) | ✓ |
| Other: |  |

**Action to be taken:** Please file Patent/Trademark form (AO120) using the event "Patent and trademark Notice" under the category "Other Documents".

Informational only: ☐